DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> PEOPLE OF THE VIRGIN ISLANDS ) <br> ) <br> v.                                                       ) <br> ) <br> MARCEL SCOTLAND,                    ) <br> ) <br> Defendant.              ) <br> _____) | Criminal Action No. 2014-0004-01 <br> Charges: <br> Providing Contraband in Prison <br> Possession of Marijuana with <br>   Intent to Distribute <br> Conflict of Interest |

ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One of the Information—Providing Contraband in Prison (Marijuana)—is accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing will be scheduled and conducted pursuant to separate notice.

SO ORDERED.

Date: February 9, 2015

WILMA A. LEWIS
Chief Judge